UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.S., a minor, by and through her guardian Ad Litem, VALINE GONZALEZ; J.F., a minor, by and through his guardian ad Litem, Bridget Flores; and MARIA MORENO, in each case individually and as successor in interest to Armando Santibanez, deceased,<br><br>         Plaintiffs,<br><br>   v.<br><br>CITY OF VISALIA, COUNTY OF TULARE, and DOES 1-10, inclusive,<br><br>         Defendants. | Case No. 1: 13-cv-1697-LJO-BAM<br><br>ORDER APPOINTING GUARDIAN AD LITEM FOR E.S., A MINOR<br><br>(Document 5) |

   Pursuant to Local Rule 202(a), Plaintiff E.S., through her attorney, filed a motion for appointment of her mother, Valine Gonzalez, as her guardian ad litem on October 22, 2013.  L.R. 202(a).  Upon consideration of the application, the motion is GRANTED.

   IT IS HEREBY ORDERED that Valine Gonzalez is appointed as guardian ad litem for Plaintiff E.S. in this action.

IT IS SO ORDERED.

   Dated:   **October 24, 2013**                    /s/ *Barbara A. McAuliffe*
                                          UNITED STATES MAGISTRATE JUDGE

1