UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.S., a minor, by and through her guardian Ad Litem, VALINE GONZALEZ; J.F., a minor, by and through his guardian ad Litem, Bridget Flores; and MARIA MORENO, in each case individually and as successor in interest to Armando Santibanez, deceased,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF VISALIA, COUNTY OF TULARE, and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No. 1: 13-cv-1697-LJO-BAM<br><br>ORDER APPOINTING GUARDIAN AD LITEM FOR J.F., A MINOR<br><br>(Document 6) |

Pursuant to Local Rule 202(a), Plaintiff J.F., through his attorney, filed a motion for appointment of his mother, Bridget Flores, as his guardian ad litem on October 22, 2013. L.R. 202(a). Upon consideration of the application, the motion is GRANTED.

IT IS HEREBY ORDERED that BRIDGET FLORES is appointed as guardian ad litem for Plaintiff J.F. in this action.
IT IS SO ORDERED.

Dated: **October 24, 2013**　　　　　　　/s/ Barbara A. McAuliffe
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1