**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| E.S., a minor, by and through her guardian ad litem, Valine Gonzalez; J.F., a minor, by and through his guardian ad litem, Bridget Flores; and MARIA MORENO, in each case individually and as successor in interest to Armando Santibanez, deceased,<br><br>                    Plaintiffs,<br><br>    vs.<br><br>COUNTY OF TULARE, CITY OF VISALIA, and DOES 1-10, inclusive,<br><br>                    Defendants. | Case No. 1:13-cv-01697-LJO-BAM<br><br>*Honorable Lawrence O'Neill*<br><br>**ORDER REGARDING JOINT STIPULATION TO FILE AMENDED PLEADING** |

### ORDER

Good cause having been shown, based upon the parties' signed Joint Stipulation filed December 23, 2013 (Dkt. 14), and based on the records in the above-captioned action, this Court hereby orders as follows:

1. Plaintiffs' request for leave to file a First Amended Complaint is GRANTED;

2. Plaintiff shall file their First Amended Complaint within five (5) calendar days of the date this ORDER is filed;

3. Defendant City of Visalia's response to Plaintiffs' First Amended Complaint shall be served and filed no more than twenty (20) days hereof. The Court notes that Defendant City of Visalia hereby waives notice and accepts service of the proposed First Amended Complaint on behalf of Defendant City of Visalia by and through the City's counsel of record;

4. All dates currently scheduled in this matter are not affected by this order.

IT IS SO ORDERED.

Dated:   **December 24, 2013**            /s/ *Barbara A. McAuliffe*
                                          UNITED STATES MAGISTRATE JUDGE