**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| E.S., a minor, by and through her guardian ad litem, Valine Gonzalez; J.F., a minor, by and through his guardian ad litem, Bridget Flores; and MARIA MORENO, in each case individually and as successor in interest to Armando Santibanez, deceased,<br><br>                    Plaintiffs,<br>     vs.<br>COUNTY OF TULARE, CITY OF VISALIA, and DOES 1-10, inclusive,<br><br>                    Defendants. | Case No. 1:13-cv-01697-LJO-BAM<br><br>*Honorable Lawrence O'Neill*<br><br>**ORDER DISMISSING DEFENDANT COUNTY OF TULARE WITHOUT PREJUDICE**<br><br>*Stipulation to Dismiss Defendant County of Tulare Without Prejudice filed concurrently herewith* |

The Court, having considered Plaintiffs' Stipulation to Dismiss Defendant County of Tulare Without Prejudice, and good cause appearing, IT IS ORDERED that Defendant County of Tulare be dismissed without prejudice in the above-referenced action.

IT IS SO ORDERED.

   Dated:   **January 7, 2014**              /s/ Lawrence J. O'Neill
                                             UNITED STATES DISTRICT JUDGE

-1-