**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| E.S., a minor, by and through her guardian ad litem, Valine Gonzalez; J.F., a minor, by and through his guardian ad litem, Bridget Flores; and MARIA MORENO, in each case individually and as successor in interest to Armando Santibanez, deceased,<br><br>                    Plaintiffs,<br><br>vs.<br><br>CITY OF VISALIA; TIM HAENER; and DOES 2-10, inclusive,<br><br>                    Defendants. | Case No. 1:13-cv-01697-LJO-BAM<br><br>*Honorable Lawrence O'Neill*<br><br>**ORDER REGARDING JOINT STIPULATION TO FILE AMENDED PLEADING** |

   Good cause having been shown, based on the parties' signed Joint Stipulation filed October 2, 2014 (Doc. No. 43), and based on the records in the above-captioned action, the Court hereby orders as follows:

   1.   Plaintiffs' request for leave to file a Third Amended Complaint is GRANTED;

   2.   Plaintiffs shall file their Third Amended Complaint within five (5) court days of the date this ORDER is filed;

[PROPOSED] ORDER

1  3. Defendant City of Visalia's response to Plaintiffs' Third Amended
2  Complaint shall be served and filed no more than twenty (20) court days hereof.
3  The Court notes that Defendant City of Visalia hereby waives notice and accepts
4  service of the proposed Third Amended Complaint on behalf of Defendant City of
5  Visalia by and through the City's counsel of record.
6  3. All dates currently scheduled in this matter are not affected by this
7  order.
8
9  IT IS SO ORDERED.

IT IS SO ORDERED.

Dated: __October 8, 2014__        ___/s/ Barbara A. McAuliffe___
                                  UNITED STATES MAGISTRATE JUDGE

27

28