**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

E.S., a minor, by and through her Guardian ad Litem, VALINE GONZALEZ, J.F., a minor, by and through his Guardian ad Litem, BRIDGET FLORES; in each case individually and as successor in interest to ARMANDO SANTIBANEZ, deceased; and MARIA MORENO, individually,

Plaintiffs,

v.

CITY OF VISALIA, TIM HAENER and DOES 2-10, inclusive.

Defendants.

CASE NO.: 1:13-cv-01697-LJO-BAM

**STIPULATION AND ORDER RE *IN CAMERA* REVIEW OF PEACE OFFICER'S PERSONNEL FILE**

**I.**

**RECITALS**

WHEREAS, on February 8, 2013, Plaintiffs' decedent, ARMANDO SANTIBANEZ, was shot and killed during a traffic stop initiated by members of the Visalia Police Department.

WHEREAS, on October 10, 2014, Plaintiffs filed a Third Amended Complaint against Defendants CITY OF VISALIA and Visalia Police Officer TIM HAENER seeking damages under theories of municipal liability for unconstitutional custom, practice or policy, constitutional violations of unreasonable search and seizure, detention and arrest, excessive force, denial of

LAW OFFICES
DOOLEY, HERR, PEDERSEN & BERGLUND BAILEY
Attorneys at Law, LLP
100 Willow Plaza
Suite 300
Visalia, CA 93291
(559) 636-0200

medical care, substantive due process, false arrest/false imprisonment, battery, and negligence.

WHEREAS, while engaged in discovery Plaintiffs have demanded, among other documents, the production of Defendant TIM HAENER's complete personnel file.

WHEREAS, Defendant CITY OF VISALIA objected to this blanket request on the grounds that it was overly broad, irrelevant and on the further ground that disclosure would violate the privacy rights of Defendant TIM HAENER under the official information privilege.

WHEREAS, in order to resolve this discovery dispute, Defendant CITY OF VISALIA has offered to produce Defendant TIM HAENER's personnel file to the Court (Hon. Barbara A. McAuliffe) for an *in camera* inspection.

WHEREAS, the Court, after carefully weighing the rights of the respective parties, should determine whether certain materials may have any relevancy to Plaintiffs' claims, and then weigh the potential benefits of disclosure of this personnel information against the potential disadvantages that may flow as a result of the disclosure.

**II.**

**STIPULATION**

**IT IS HEREBY STIPULATED, BY AND BETWEEN THE PARTIES HERETO, THROUGH THEIR RESPECTIVE ATTORNEYS OF RECORD, AS FOLLOWS:**

1. In response to Plaintiffs' Request for Production of Documents, Defendant CITY OF VISALIA has:

a. Previously produced all of Defendant TIM HAENER's training records from his personnel files;

b. Acknowledged there have been no prior instances of deadly force used by Defendant TIM HAENER; and

LAW OFFICES
DOOLEY, HERR, PEDERSEN & BERGLUND BAILEY
Attorneys at Law, LLP
100 Willow Plaza
Suite 300
Visalia, CA 93291
(559) 636-0200

c. Acknowledged there have been no instances of disciplinary action taken against Defendant TIM HAENER pertaining to his use of excessive force, unreasonable force, or deadly force as a result of the February 8, 2013 incident or at any time.

2. Defendant CITY OF VISALIA, at a mutually agreed upon date and time, shall produce Defendant TIM HAENER's complete personnel files to the Court for an *in camera* inspection in chambers, outside the presence of Plaintiffs' attorneys.

3. Leonard C. Herr, counsel for Defendant CITY OF VISALIA, shall be authorized to deliver true and correct copies of all of Defendant TIM HAENER's personnel files to Court for purposes of the *in camera* inspection.

4. The record of the *in camera* review shall be sealed by the Court.

5. As part of the *in camera* inspection, the Court shall review the following information:

a. Internal Affairs investigation conducted by the Visalia Police Department into the February 8, 2013 shooting incident.

b. Any documents memorializing the conclusion that Defendant TIM HAENER's use of deadly force on February 8, 2013 was justified.

c. Any documents evidencing ratification of Defendant TIM HAENER's use of deadly force on February 8, 2013.

d. Citizen's complaints made against Defendant TIM HAENER pertaining to his use of excessive, unreasonable or deadly force;

6. In the event that after carefully weighing the respective rights of the parties the Court orders disclosure of any documents from the personnel files of Defendant TIM HAENER, said documents shall be released to the Plaintiffs subject to a protective order.

///

///

///

LAW OFFICES
DOOLEY, HERR,
PEDERSEN &
BERGLUND BAILEY
Attorneys at Law, LLP
100 Willow Plaza
Suite 300
Visalia, CA 93291
(559) 636-0200

DATED: December 29. 2014

LAW OFFICES OF DALE K. GALIPO
LAW OFFICES OF NIKOLAUS W. REED
QUIRK LAW GROUP

By: /s/ Dale K. Galipo
DALE K. GALIPO
NIKOLAUS W. REED
LOGAN QUIRK
Attorneys for Plaintiffs

DATED: December 29, 2014

DOOLEY, HERR, PEDERSEN & BERGLUND BAILEY, LLP

By: /s/ Leonard C. Herr
LEONARD C. HERR,
Attorney for Defendants

**III.**

**ORDER**

**UPON GOOD CAUSE BEING SHOWN** as set forth in the stipulation of counsel,

IT IS HEREBY ORDERED that Defendant CITY OF VISALIA at a mutually convenient date and time, shall produce Defendant TIM HAENER's complete personnel files to the Court for an *in camera* inspection in chambers, outside the presence of Plaintiffs' attorneys.

IT IS FURTHER ORDERED that Leonard C. Herr, counsel for Defendant CITY OF VISALIA, shall be authorized to deliver true and correct copies of all of Defendant TIM HAENER's personnel files to Court for purposes of the *in camera* inspection.

IT IS FURTHER ORDERED that as part of the *in camera* inspection, the Court shall review the following information:

a. Internal Affairs investigation conducted by the Visalia Police Department into the February 8, 2013 shooting incident.

b. Any documents memorializing the conclusion that Defendant TIM

LAW OFFICES
DOOLEY, HERR,
PEDERSEN &
BERGLUND BAILEY
Attorneys at Law, LLP
100 Willow Plaza
Suite 300
Visalia, CA 93291
(559) 636-0200

HAENER's use of deadly force on February 8, 2013 was justified.

c. Any documents evidencing ratification of Defendant TIM HAENER's use of deadly force on February 8, 2013.

d. Citizen's complaints made against Defendant TIM HAENER pertaining to his use of excessive, unreasonable or deadly force.

IT IS FURTHER ORDERED the record of the *in camera* review shall be sealed.

IT IS FURTHER ORDERED that any explanation or argument by defendants that the documents listed above are protected from disclosure shall be presented by way of declaration, filed under seal.

IT IS FURTHER ORDERED that in the event this Court should order disclosure of any documents from the personnel files of Defendant TIM HAENER, said documents shall be released to the Plaintiffs subject to a protective order.

IT IS SO ORDERED.

Dated: **January 6, 2015**

/s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE

LAW OFFICES
DOOLEY, HERR,
PEDERSEN &
BERGLUND BAILEY
Attorneys at Law, LLP
100 Willow Plaza
Suite 300
Visalia, CA 93291
(559) 636-0200