Leonard C. Herr, #081896
Caren L. Curtiss, Certified Law Student
HERR PEDERSEN & BERGLUND LLP
100 Willow Plaza, Suite 300
Visalia, California 93291
Telephone: (559) 636-0200

Attorneys for Defendants CITY OF VISALIA and TIM HAENER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.S., a minor, by and through her Guardian ad Litem, VALINE GONZALEZ, J.F., a minor, by and through his Guardian ad Litem, BRIDGET FLORES; in each case individually and as successor in interest to ARMANDO SANTIBANEZ, deceased; and MARIA MORENO, individually,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY OF VISALIA, TIM HAENER and DOES 2-10, inclusive.<br><br>    Defendants. | CASE NO.: 1:13-cv-01697-LJO-BAM<br><br>**FURTHER STIPULATION RE *IN CAMERA* REVIEW OF PEACE OFFICER'S PERSONNEL FILE** |

## I.

## <u>RECITALS</u>

WHEREAS, on December 29, 2014, the parties entered into a stipulation regarding an *in camera* review of Defendant TIM HAENER's personnel file which was approved by the Court on January 6, 2015. [Doc. 52]

WHEREAS, following the stipulation of the parties the Court expressed concerns regarding the process proposed to be followed in order to carry out the *in camera* inspection.

-1-

**FURTHER STIPULATION RE *IN CAMERA* REVIEW OF PEACE OFFICER'S PERSONNEL FILES**

Law Offices of
HERR, PEDERSEN & BERGLUND LLP
100 Willow Plaza
Suite 300
Visalia, CA 93291
(559) 636-0200

1  WHEREAS, both Plaintiffs and Defendants are very familiar with the *Pitchess* process utilized in State court actions;

3  WHEREAS, due to the desire to expedite this process, the parties do hereby further stipulate as follows:

## II.

## STIPULATION

**IT IS HEREBY STIPULATED, BY AND BETWEEN THE PARTIES HERETO, THROUGH THEIR RESPECTIVE ATTORNEYS OF RECORD, AS FOLLOWS:**

1. During the i*n camera* inspection, Leonard C. Herr, counsel for Defendants, may be present and answer any questions of an administrative matter that the Court may have regarding Defendant TIM HAENER's personnel file, but no substantive information about the case will be discussed with the Court outside the presence of Plaintiffs' counsel.

DATED:  January 12. 2015          LAW OFFICES OF DALE K. GALIPO
                                  LAW OFFICES OF NIKOLAUS W. REED
                                  QUIRK LAW GROUP

                                  By:   /s/ Dale K. Galipo
                                        DALE K. GALIPO
                                        NIKOLAUS W. REED
                                        LOGAN QUIRK
                                        Attorneys for Plaintiffs

DATED:  January 12, 2015          HERR PEDERSEN & BERGLUND LLP

                                  By:   /s/ Leonard C. Herr
                                        LEONARD C. HERR,
                                        Attorney for Defendants

F:\Client Files\Visalia, City of, 700\705-00 POLICE DEPARTMENT\705-02 Investigations\705-02-030 Santibanez v\Stipulations\Further Stipulation re In Camera Review of Peace Officer's Personnel File.doc

///

///

///

Law Offices of
HERR, PEDERSEN &
BERGLUND LLP
100 Willow Plaza
Suite 300
Visalia, CA 93291
(559) 636-0200

-2-

**FURTHER STIPULATION RE *IN CAMERA* REVIEW OF PEACE OFFICER'S PERSONNEL FILES**

### III.

### **ORDER**

Upon a review of the agreement of the parties, the Court adopts the stipulation. The Court will independently review the files in camera, and contact defense counsel if any administrative questions arise when reviewing the file.

IT IS SO ORDERED.

Dated:   **January 15, 2015**           /s/ Barbara A. McAuliffe
                                        UNITED STATES MAGISTRATE JUDGE

Law Offices of
HERR, PEDERSEN &
BERGLUND LLP
100 Willow Plaza
Suite 300
Visalia, CA  93291
(559) 636-0200

-3-

**FURTHER STIPULATION RE** *IN CAMERA* **REVIEW OF PEACE OFFICER'S PERSONNEL FILES**