**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| E.S., a minor, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF VISALIA; TIM HAENER, and DOES 2-10, inclusive, <br><br> Defendants. | CASE NO.: 1:13-cv-01697-LJO-BAM <br><br> **ORDER DIRECTING PLAINTIFFS TO FILE RESPONSE TO DEFENDANTS' EX PARTE APPLICATION** <br><br> (ECF No. 66) <br><br> **Deadline:  June 30, 2015** |

On June 17, 2015, Defendants City of Visalia and Tim Haener ("Defendants") filed an application for an order to show cause why third-party witness Danny Ceballos ("Mr. Ceballos") should not be held in civil contempt for failure to appear at his June 8, 2015 deposition pursuant to subpoena.

Based on a review of the record, which includes the denial of Defendants' request to extend the non-expert discovery deadline, the Court finds it appropriate to secure Plaintiffs' response to the application.  Accordingly, Plaintiffs are directed to file a response to Defendants' application no later than **noon on Tuesday, June 30, 2015.**

IT IS SO ORDERED.

Dated:  **June 26, 2015**                    /s/ Barbara A. McAuliffe
                                             UNITED STATES MAGISTRATE JUDGE

[