UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.S., et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF VISALIA, et al.,<br><br>　　　　　Defendants. | 1:13-cv-1697-LJO-BAM<br><br>ORDER RE STIPULATION TO DISMISS (Doc. 87) |

On February 2, 2016, the parties filed a stipulation to dismiss with prejudice this entire action under Fed. R. Civ. P. 41(a)(1)(A)(ii). Doc. 87 at 1. Based on the parties' stipulation, this Court:

1. DISMISSES with prejudice this entire action and all claims;
2. VACATES all pending dates and matters; and
3. DIRECTS the Clerk of Court to close this action.

IT IS SO ORDERED.

　　Dated:　**February 5, 2016**　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE